UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case no. 03-14-CR-00039-LRH-VPC |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| CONSTANCE KATHLEEN LEGAUX, ) | |
| Defendant. ) | |

The defendant appeared before the court on March 30, 2015, with counsel, Paul E. Quade, Esq., and entered a guilty plea to the charged offense of Theft of Government Property. Mr. Quade requested on her behalf that the court readmit her to pretrial release pending sentencing and the court requested an expedited report and recommendation from the Pretrial Services office.

The Pretrial Services report and recommendation has been received and recommends against release pending sentencing. The court has reviewed Ms. Legaux's history carefully and notes that her pretrial release was previously revoked due to drug related violations, some of which appear to have brought other criminal charges against her. Her recent history shows that she was granted supervision upon favorable terms, that she was not amendable to supervision and, under the circumstances, all of this warrants against her pretrial release pending sentencing.

GOOD CAUSE APPEARING, her request for pretrial release is DENIED.

IT IS SO ORDERED.

DATED this 6th day of April, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE